WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorney for Secured Creditor, The Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ILIA CHAROV<br><br>                    Debtor. | Case No.: 15-13297-mkn<br>Chapter:   13<br><br>**EX PARTE MOTION TO CONFIRM ABSENCE OF STAY** |

Movant, The Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2 ("BONY"), by and through its counsel of record, Christopher A. J. Swift, Esq. of Wright, Finlay & Zak, LLP, hereby moves this Court pursuant to 11 U.S.C. § 362, for its Ex Parte Order Confirming Absence of Stay as it applies to certain real property located in Maricopa County, Arizona.

///
///
///
///
///
///

1    This Motion is based upon the attached Memorandum of Points and Authorities.

2  DATED this 7th day of July, 2015.

3                                          WRIGHT, FINLAY & ZAK, LLP

4

5                                          Christopher A. J. Swift, Esq.

6                                          Nevada Bar No. 11291

7                                          7785 W. Sahara Ave., Ste. 200
                                           Las Vegas, NV 89117
8                                          *Attorney for Secured Creditor,*
                                           *The Bank of New York Mellon, f/k/a Bank of New*
9                                          *York, as Trustee, on behalf of the registered holders*
                                           *of Alternative Loan Trust 2006-OC2, Mortgage*
10                                         *Pass-Through Certificates Series 2006-OC2*

11                     **MEMORANDUM OF POINTS AND AUTHORITIES**

12               **I.        INTRODUCTORY STATEMENT**

13    Movant, BONY, requests the Court to confirm there is no longer a stay in effect due to

14  the instant case being the Debtor's second case within the last year. Thirty days have passed

15  since the filing of the instant petition and Debtor has not requested the stay be continued.

16               **II.        LEGAL STANDARD**

17    11. U.S.C. § 362(c)(3) states,

18         if a single or joint case is filed by or against a debtor who is an individual in a case

19  under chapter 7, 11, or 13, and if a single or joint case of the debtor was pending within the

20  preceding 1-year period but was dismissed, other than a case refiled under a chapter other than

21  chapter 7 after dismissal under section 707 (b)—

22         (A) the stay under subsection (a) with respect to any action taken with respect to a

23  debt or property securing such debt or with respect to any lease shall terminate with respect to

24  the debtor on the 30th day after the filing of the later case;

25  ///

26  ///

27  ///

28

## III.    STATEMENT OF FACTS

**A.    The Debtor's Bankruptcy Filings.**

**1.**    April 13, 2009, Ilia Charov filed a voluntary Chapter 13 petition in the District of Nevada, which resulted in case 09-15503-lbr. The case was dismissed on October 15, 2009, due to the debtor's failure to provide the trustee with copies of her bank statements, verification of funds, and a rental agreement.

**2.**    On March 18, 2010, Ilia Charov filed her second voluntary Chapter 13 petition in the District of Nevada, which resulted in case 10-14429-lbr. The case was dismissed on August 3, 2010, due to the debtor's failure to pay her filing fee.

**3.**    On October 15, 2013, Ilia Charov filed her third voluntary Chapter 13 petition in the District of Nevada, which resulted in case 13-18750-mkn. The case was dismissed on January 15, 2014, due to the debtor's failure to file her Schedules and her Statement of Financial Affairs.

**4.**    On March 5, 2015, Ilia Charov filed her fourth voluntary Chapter 13 petition in the District of Nevada, which resulted in case 15-11153-mkn. The case was dismissed on May 28, 2015, due to the debtor's failure to attend the meeting of creditors, commence plan payments, and resolve the Trustee's Opposition to Confirmation

**5.**    On June 5, 2015, Ilia Charov filed her fifth voluntary Chapter 13 petition in the District of Nevada, which resulted in the instant case. Case 15-13297-mkn is the debtor's second case filed within the last year.

**6.**    More than thirty days have passed since the filing of the Debtor's bankruptcy petition on June 5, 2015, and she has not filed a motion to continue the stay.

///
///
///
///
///
///

1

### IV. CONCLUSION

2        For the foregoing reasons, and based upon the evidence set forth in this Motion, this

3 Court should grant the relief requested by BONY by entering an order confirming there is no

4 longer a stay in effect pursuant to 11 U.S.C. § 362(c)(3)(A), including a waiver of the 14-day

5 stay pursuant to Bankruptcy Rule 4001(a)(3), and for any other relief this Court deems just and

6 appropriate.

7

8 DATED this 7th day of July, 2015.

9                                                       WRIGHT, FINLAY & ZAK, LLP

10

11                                                       _____

12                                                       Christopher A. J. Swift, Esq.
                                                         Nevada Bar No. 11291
13                                                       7785 W. Sahara Ave., Ste. 200
                                                         Las Vegas, NV 89117
14                                                       *Attorney for Secured Creditor,*
                                                         *The Bank of New York Mellon, f/k/a Bank of New*
15                                                       *York, as Trustee, on behalf of the registered holders*
                                                         *of Alternative Loan Trust 2006-OC2, Mortgage*
16                                                       *Pass-Through Certificates Series 2006-OC2*

17

18

19

20

21

22

23

24

25

26

27

28