Ilia Charov, Debtor *in proper person*
1708 Cordoba Lane
Las Vegas, NV 89108
Telephone: (701) 467-6972

RECEIVED
AND FILED

2015 JUL 10 AM 10 43

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No.: 15-13297-mkm |
|---|---|
| Ilia Charov,          Debtor. | Chapter 13 |
| | **EMERGENCY** OBJECTION TO "EX-PARTE MOTION TO CONFIRM THE ABSENCE OF STAY" |

    In this matter in the administrative (main) case in my bankruptcy, I respectfully file this **Emergency Objection** to the "Ex-Parte Motion to Confirm the Absence of Stay" filed in my case on the 7th of July, 2015 by the law firm of WRIGHT, FINLAY & ZAK, LLP, by Dana Jonathon Nitz, Esq, .Nevada Bar No. 00050 and Christopher A. J. Swift, Esq., Nevada Bar No. 11291 because the law firm of WRIGHT, FINLAY & ZAK, LLP does not represent The Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-0C2, Mortgage Pass-Through Certificates Series 2006-0C2.

    Instead it was the law firm of McCarthy & Holthus, LLP, by Kristin A. Schuler-Hintz, Esq. ,SBN 7171 and Michael Chen, Esq., SBN 7307, who filed a Request for Notice on the 30th of June, 2015 and stated:

> PLEASE TAKE NOTICE that McCarthy & Holthus, LLP **has been retained by Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2,** its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. in the above-referenced bankruptcy case.

Before the Court signs an Order affecting my property, the court must ask both law firms to produce their employment agreements so that only a law firm with a client that has standing in my case can file documents in my case. The Bankruptcy court must protect me from attacks from predatory law firms and must ensure that my right to due process is not violated.

I expressly reserve the right to amend or supplement this Emergency Objection as needed.

*Submitted will all rights reserved on July 9, 2015.*

Ilia Charov, Debtor *in proper person*