


Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 14, 2015

WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorney for Secured Creditor, The Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No.: 15-13297-mkn |
|---|---|
| ILIA CHAROV | Chapter: 13 |
| Debtor. | **EX PARTE ORDER CONFIRMING ABSENCE OF STAY** |

The Ex Parte Motion to Confirm Absence of Stay (the "Motion") of The Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2 ("BONY") having been filed, the Court being fully advised in the premises, and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is granted in favor of BONY.

1     **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the stay that
2 became effective upon the filing of this case has expired and no longer affects the real property
3 commonly known as 1578 E Cassia Ct, Gilbert, AZ 85296.
4     ~~**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the 14 day waiting~~
5 ~~period of FRBP 4001(a)(3) is waived.~~ *mkn*
6     **IT IS SO ORDERED.**

8 SUBMITTED BY:
9 WRIGHT, FINLAY & ZAK, LLP

11 _____
Christopher A. J. Swift, Esq.
12 Nevada Bar No. 11291
13 7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
14 *Attorney for Secured Creditor,*
*The Bank of New York Mellon, f/k/a Bank of New York,*
15 *as Trustee, on behalf of the registered holders of*
*Alternative Loan Trust 2006-OC2, Mortgage Pass-*
16 *Through Certificates Series 2006-OC2*