```
 1  RICK A YARNALL
    Chapter 13 Bankruptcy Trustee
 2  Amanda Hunt, Esq.
    Nevada Bar No. 12644
 3  701 Bridger Ave., Ste 820
    Las Vegas, NV 89101
 4  (702) 853-4500
    RAY13mail@lasvegas13.com
 5
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | BK-S-15-13297-MKN |
|---|---|
| ILIA CHAROV | Chapter 13 |
| Debtor. | Hearing Date: August 27, 2015 |
|  | Hearing Time: 2:00 p.m. |

**TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1307(c)(3)**

COMES NOW Chapter 13 Bankruptcy Trustee, RICK A. YARNALL, by and through his counsel of record, Amanda Hunt, Esq., and hereby moves this Honorable Court for an Order dismissing the instant case for failure to timely file a plan pursuant to 11 U.S.C § 1307(c)(3).

Pursuant to 11 U.S.C. § 1321 and Fed. R. Bankr. Proc. 3015(b), chapter 13 debtors are required to file a plan within 14 days of filing their petition, unless the court orders otherwise. Section 1307(c)(3) states that a case may be dismissed or converted for failure to timely file a plan, whichever is in the best interest of the creditors.

Debtor filed the instant case on June 5, 2015. See Docket No. 1. To date, Debtor has not filed a plan and the 14 day deadline expired on June 19, 2015. Therefore, Trustee requests the Court to dismiss this instant case.

///

///

///

1  WHEREFORE, the Trustee respectfully requests that this Honorable Court issue an Order
2  dismissing the instant case for failure to file a plan pursuant to § 1307(c)(3).
3  DATED this 22nd day of July 2014.

Submitted by:

*Amanda Hunt*

Amanda Hunt, Esq.
Nevada Bar No. 12644
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

| | |
|---|---|
| RICK A YARNALL<br>Chapter 13 Bankruptcy Trustee<br>Amanda Stetson, Esq.<br>Nevada Bar No. 12644<br>701 Bridger Ave., Ste 820<br>Las Vegas, NV 89101<br>(702) 853-4500<br>RAY13mail@lasvegas13.com | E-Filed: _____ |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ILIA CHAROV<br>                  Debtor. | BK-S-15-13297-MKN<br>Chapter 13<br><br>**[PROPOSED]**<br>**ORDER ON TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1307(c)(3)**<br><br>Hearing Date: August 27, 2015<br>Hearing Time: 2:00 p.m. |

      Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c)(3) having come on for hearing in the above-entitled Court on August 27, 2015, at 2:00 p.m., with counsel appearing on behalf of Chapter 13 Bankruptcy Trustee, RICK A. YARNALL, other appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

///

///

1     IT IS HEREBY ORDERED that Trustee's Motion is GRANTED and the above captioned bankruptcy proceeding is DISMISSED pursuant to 11 U.S.C. § 1307(c)(3);

    IT IS SO ORDERED.

Submitted by:

_____      Date: _____
Amanda Hunt, Esq.
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond , as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_____          Date: _____
An Employee of Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

###

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Trustee; that I am over the age of 18 years; and that on the 22nd day of July, 2015, I provided a copy of the **Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c)(3)** and **Notice of Hearing** to each of the following by:

[X]  a.  **ECF System:**

    Michael W. Chen    bknotice@mccarthyholthus.com, mchen@mccarthyholthus.com

    Dana Jonathon Nitz    dnitz@wrightlegal.net, ebaker@wrightlegal.net; jcraig@wrightlegal.net; blopipero@wrightlegal.net

    Rick A. Yarnall    ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

    Juda Zakalik    jz@pandalawfirm.com

[X]  b.  **United States mail, postage fully prepaid:**

Ilia Charov  
1708 Cordoba Ln  
Las Vegas, NV 89108

[ ]  c.  **Personal Service**

[ ]  d.  **By direct email (as opposed to through the ECF System)**

[ ]  e.  **By fax transmission**

/s/ Leah Engel  
Leah Engel, an Employee of  
RICK A. YARNALL  
CHAPTER 13 BANKRUPTCY TRUSTEE