|   |   |
|---|---|
| RICK A YARNALL<br>Chapter 13 Bankruptcy Trustee<br>Amanda Hunt, Esq.<br>Nevada Bar No. 12644<br>701 Bridger Ave., Ste 820<br>Las Vegas, NV 89101<br>(702) 853-4500<br>RAY13mail@lasvegas13.com | E-Filed: 7/22/15 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>ILIA CHAROV.<br><br>                    Debtor. | BK-S-15-13297-MKN<br>Chapter 13<br><br>Hearing Date: August 27, 2015<br>Hearing Time: 2:00 p.m. |
|---|---|

### NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1307(c)(3)

**NOTICE IS HEREBY GIVEN** that the Chapter 13 Trustee's **Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c)(3)** is set for August 27, 2015. Any Opposition must be filed pursuant to Local Rule 9014(d)(1), (2), (3), (4).

Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

Local Rule 9014(d)(2): "Except as set out in subsection (3) below, any reply memorandum must be filed and served no later than seven (7) days preceding the hearing date."

Local Rule 9014(d)(3): "Subsections (d)(1) and (d)(2) do not apply to:

    (A)    Motions for summary judgment brought in an adversary proceeding;

    (B)    Motions for which an order shortening time for the hearing date has been obtained; and

(C)  Motions or contested matters for which the court has set a separate briefing schedule either in open court or by separate order."

Local Rule 9014(b)(1)(D): "For motions sought to be heard on shortened time, including when such motions are brought in an adversary proceeding, responses and replies will be due as set forth in the order granting the request that the motion be heard on shortened time or as provided in LR 9006."

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> - **The court may *refuse to allow you to speak* at the scheduled hearing; and**
>
> - **The court may *rule against you* without formally calling the matter at the hearing.**

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before the United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada 89101 on August 27, 2015, at the hour of 2:00 p.m.

DATED this 22nd day of July 2015.

/s/ Amanda Hunt
Amanda Hunt, Esq.
Nevada Bar No. 12644
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee