NVB 5075 (Rev. 5/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−15−13297−mkn |
| | CHAPTER 13 |
| ILIA CHAROV | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *25* – First Objection To Proof Of Claim – FRBP 3007 Filed by ILIA CHAROV (ccc) |
| Filed On: | 8/12/15 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

*    PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file in correct case immediately.

Dated: 8/13/15

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**